**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAROLD NEAL HAMILTON, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, COMMISSIONER ) <br> OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> _____) | NO. CV 11-7851-JSL(E) <br><br> ORDER TO SHOW CAUSE RE <br><br> DISMISSAL FOR FAILURE TO <br><br> PROSECUTE |

By Order filed September 23, 2011, the Court directed Plaintiff to file a proof of service of the Summons and Complaint within thirty (30) days of the date of that Order. As of the present date, no such proof of service has been filed.

IT IS ORDERED that Plaintiff shall appear before Judge Charles F. Eick in Courtroom 20 at 9:30 a.m., on December 2, 2011, and then and there shall show cause, if there be any, why this action should not be dismissed for violation of this Court's previous Order and for Plaintiff's failure to prosecute this action. See Link v. Wabash R.R., 370 U.S. 626, 629-30 (1952).

1  If proof of service of the Summons and Complaint is filed with
2  the Clerk and a copy delivered to the Chambers of the Magistrate Judge
3  before the hearing date, the Order to Show Cause Re Dismissal will be
4  taken off calendar and Plaintiff need not appear.

6  If no proof of service is filed and submitted prior to the
7  hearing, and if Plaintiff objects to dismissal of the action,
8  Plaintiff shall file a written objection to the dismissal, with points
9  and authorities, not later than ten (10) days prior to the hearing.
10 (Failure to file such objection within the time specified or failure
11 to appear at the hearing will be deemed a consent to the dismissal of
12 the action as proposed herein).

14  If Plaintiff does not object to the proposed dismissal, Plaintiff
15 shall so inform the Clerk in writing and Plaintiff's appearance at the
16 hearing will be excused.

18  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
19 of this Order by United States mail on counsel for Plaintiff.

21  DATED: November 2, 2011.

                       _____/S/_____
                              CHARLES F. EICK
                       UNITED STATES MAGISTRATE JUDGE

2