**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAROLD NEAL HAMILTON, JR., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO. CV 11-7851-JSL(E) <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge.

IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted as the Findings of Fact and Conclusions of Law herein; (2) Plaintiff's and Defendant's motions for summary judgment are denied; (3) the decision of the Commissioner of the Social Security Administration is reversed in part; and (4) the matter is remanded for further administrative action consistent with the Report and Recommendation.

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2 of this Order, the Magistrate Judge's Report and Recommendation and
3 the Judgment on counsel for Plaintiff and on the United States
4 Attorney for the Central District of California.

6    DATED: August 7, 2012.

                                                  */s/ Spencer Letts*

                           _____
                                 J. SPENCER LETTS
                         UNITED STATES DISTRICT JUDGE